IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** )<br>                    )<br>            Plaintiff,      )<br>                    )<br>    vs.                )<br>                    )<br>**JEFFREY NEGUS and**        )<br>**GREGORY NEGUS,**          )<br>                    )<br>            Defendants.    ) | | 8:14CR209<br><br>ORDER |

This matter is before the court on the motions for an extension of time by defendants Jeffrey Negus and Gregory Negus (Filing Nos. 20 and 22). The defendants seek an extension of sixty days in which to file pretrial motions in accordance with the progression order (Filing No. 15). Gregory Negus has filed an affidavit and Jeffrey Negus' counsel represents Jeffrey Negus will file an affidavit wherein they consent to the motion and acknowledge they understand the additional time may be excludable time for the purposes of the Speedy Trial Act. It is represented that government's counsel has no objection to the motion. Upon consideration, the motions will be granted.

**IT IS ORDERED:**

Defendant Jeffrey Negus' and Gregory Negus' motions for an extension of time (Filing Nos. 20 and 22) are granted. The defendants are given until **on or before October 9, 2014,** in which to file pretrial motions pursuant to the progression order. The ends of justice have been served by granting such motions and outweigh the interests of the public and the defendants in a speedy trial. The additional **time** arising as a result of the granting of the motions, i.e., the **time between August 7, 2014, and October 9, 2014**, shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason defendants' counsel require additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

DATED this 7th day of August, 2014.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge