IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>vs.<br><br>JEFFREY NEGUS and<br>GREGORY NEGUS,<br><br>                 Defendants. | 8:14CR209<br><br><br>ORDER |

      This matter is before the court on the motion for an extension of time by defendant Gregory Negus (Negus) (Filing No. 25).  The defendant seeks an extension of ninety days in which to file pretrial motions in accordance with the progression order (Filing No. 15).  Gregory Negus has filed an affidavit (Filing No. 26) wherein he consents to the motion and acknowledges he understands the additional time may be excludable time for the purposes of the Speedy Trial Act. It is represented that government's counsel has no objection to the motion.  Upon consideration, the motion will be granted and the pretrial motion deadline will be extended as to both defendants.

      **IT IS ORDERED:**

      Defendant Gregory Negus' motion for an extension of time (Filing No. 25) is granted. The defendants are given until **on or before January 9, 2015**, in which to file pretrial motions pursuant to the progression order.  The ends of justice have been served by granting the motion and outweighs the interests of the public and the defendants in a speedy trial.  The additional time arising as a result of the granting of the motion, i.e., the **time between October 1, 2014, and January 9, 2015**, shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason defendants' counsel require additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case.  The failure to grant additional time might result in a miscarriage of justice.  18 U.S.C. § 3161(h)(7)(A) & (B).

      Dated this 1st day of October, 2014.

                                                             BY THE COURT:

                                                         s/ Thomas D. Thalken
                                                       United States Magistrate Judge