## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:14CR209 |
| vs. | ) | |
| | ) | |
| GREGORY NEGUS and | ) | ORDER |
| JEFFREY NUGUS, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on defendant Gregory Negus' unopposed motion to continue trial [38] as counsel needs additional time to explore plea negotiations. The defendant has complied with NECrimR 12.1(a). For good cause shown,

**IT IS ORDERED** that the motion to continue trial is granted, as follows:

1. The jury trial, **for both defendants**, now set for September 15, 2015 is continued to **November 9, 2015.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and November 9, 2015** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED September 3, 2015.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**